UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANMOLDEEP SINGH,

Petitioner,

v.

CHRISTOPHER CHESTNUT, *et al.*,

Respondents,

Case No.  1:26-cv-0731-DC-JDP

ORDER

On February 4, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it.  ECF No. 8.  The court ordered petitioner's immediate release and referred the matter to me for further proceedings. *Id.*

If additional briefing is needed to decide the merits, within seven days of the date of this order, respondents may file an answer.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents may file an answer within seven days of the date of this order.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    February 27, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2